**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

v.

ROBERT EARL GUNTER, JR.,

Defendant.

CASE NO.: 4:10-cr-6

**O R D E R**

This matter is before the Court on the Government's motion, (doc. 47), for an order directing the Clerk to adjust the official record of the Defendant's restitution balance in the above-titled case to reflect a recovery via Defendant's direct payments through his monthly pension benefit to the victim, Southern Iron Workers Pension Fund.  After careful consideration and for good cause shown, the Court **GRANTS** the Government's motion.

The Clerk of Court is DIRECTED to credit the Defendant's criminal monetary debt balance to reflect that payments in the amount of $13,396.67 have been made directly to the victim, and the Defendant has, therefore, fully satisfied all outstanding criminal monetary penalties.

**SO ORDERED**, this 5th day of May, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA